# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSIE MATTHEW DIAZ, | Case No. 3:17-cv-00570-HDM-CBC |
| Petitioner, | **ORDER** |
| v. | |
| TIMOTHY FILSON, et al., | |
| Respondents. | |

Petitioner has filed two motions for status check (ECF No. 11, ECF No. 15). The court's recent order (ECF No. 14) makes these motions moot.

IT THEREFORE IS ORDERED that petitioner's motions for status check (ECF No. 11, ECF No. 15) are **DENIED** as moot.

DATED: October 2, 2018.

HOWARD D. MCKIBBEN
United States District Judge