UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JESSIE MATTHEW DIAZ,

                    Petitioner,

    v.

TIMOTHY FILSON, et al.,

                   Respondents.

Case No. 3:17-cv-00570-HDM-CBC

ORDER

    In late September 2019, petitioner submitted two letters requesting the status of his case (ECF Nos. 21 & 22). Petitioner asserts that he has not heard anything in his case for more than one year. Because respondents filed their answer less than a year ago -- on November 19, 2018 – and because petitioner has not filed any reply, it is unclear whether petitioner has received the answer. In an abundance of caution, the court therefore directs the clerk of court to send petitioner a copy of the docket sheet in this action and a copy of respondents' answer (ECF No. 18).

    In further abundance of caution, the court *sua sponte* grants petitioner an extension of time to and including October 31, 2019, to file any reply to the answer.

    IT IS SO ORDERED.

    DATED: This 11th day of October, 2019.

                                                                     UNITED STATES DISTRICT JUDGE